STATE OF NEBRASKA EX REL. NEBRASKA STATE BAR
ASSOCIATION, RELATOR, V. LESLI M. WALZAK, RESPONDENT.
485 N.W.2d 578

Filed June 26, 1992.    No. S-92-046.

HASTINGS, C.J., BOSLAUGH, CAPORALE, SHANAHAN, GRANT,
and FAHRNBRUCH, JJ.

PER CURIAM.

A disciplinary complaint was filed with the Counsel for
Discipline of the Nebraska State Bar Association against Lesli
M. Walzak on December 9, 1991.

Pursuant to Neb. Ct. R. of Discipline 15 (rev. 1989),
respondent filed a voluntary surrender of license with this
court. Respondent freely and voluntarily waived all
proceedings against her in connection with the pending
disciplinary complaint. Respondent knowingly admitted that
she had violated DR 1-102(A)(1) and (4) of the Code of
Professional Responsibility. She also freely and voluntarily
consented to an order of disbarment and waived her right to
notice, appearance, or hearing prior to entry of the order.

Accordingly, the respondent is hereby disbarred from the
practice of law in the State of Nebraska, effective immediately.

JUDGMENT OF DISBARMENT.

WHITE, J., not participating.